# UNITED STATES DISTRICT COURT
for the
District of Connecticut

*United States District Court*
*District of Connecticut*
*FILED AT   BRIDGEPORT*
*4/12                    20 21*
*Robin D. Tabora, Clerk*
*By   S. Imbriani*
*Deputy Clerk*

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HECTOR TORRES | ) | Case No. |
| | ) | 3:21MJ 360 (SDV) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/11/2020 through 2/28/2021  in the county of _____ in the _____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | Coercion and enticement of minors to engage in sexual activity |
| Title 18, United States Code, Section 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Brian Hanko, dated April 12, 2021, which is incorporated herein.

☑ Continued on the attached sheet.

**BRIAN HANKO**
Digitally signed by BRIAN HANKO
Date: 2021.04.12 14:13:42 -04'00'

*Complainant's signature*

Brian Hanko, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  04/12/2021

**S. Dave Vatti**
Digitally signed by S. Dave Vatti
Date: 2021.04.12 14:46:34 -04'00'

*Judge's signature*

City and state:    Bridgeport, Connecticut

S. Dave Vatti, United States Magistrate Judge
*Printed name and title*