UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H-19-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21cr 106 RNC/SDV |
| v. | VIOLATIONS: |
| HECTOR TORRES | 18 U.S.C. § 2422(b)<br>(Coercion and Enticement of a Minor to Engage in Sexual Activity)<br><br>18 U.S.C. §§ 2251(a) and 2251(e)<br>(Production of Child Pornography) |

*JUN 22 2021 PM 4:23*
*FILED-USDC-CT-HARTFORD*

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Coercion and Enticement of a Minor to Engage in Sexual Activity)

1. From on or about February 18, 2021, through and including March 4, 2021, in the District of Connecticut, the defendant HECTOR TORRES did use a facility and means of interstate commerce, namely, a cellular phone and Internet-based messaging and video chatting services, to knowingly persuade, induce, entice, and coerce Minor 1, who had not attained the age of eighteen years, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Assault in the First Degree, in violation of Connecticut General Statutes, Section 53a-70(a)(2), and Risk of Injury to a Minor, in violation of Connecticut General Statutes, Section 53-21.

All in violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO
(Coercion and Enticement of a Minor to Engage in Sexual Activity)

2.      From on or about February 18, 2021, through and including March 4, 2021, in the District of Connecticut, the defendant HECTOR TORRES did use a facility and means of interstate commerce, namely, a cellular phone and Internet-based messaging and video chatting services, to knowingly persuade, induce, entice, and coerce Minor 2, who had not attained the age of eighteen years, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Assault in the First Degree, in violation of Connecticut General Statutes, Section 53a-70(a)(2), and Risk of Injury to a Minor, in violation of Connecticut General Statutes, Section 53-21.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE
(Coercion and Enticement of a Minor to Engage in Sexual Activity)

3.      From on or about February 18, 2021, through and including March 4, 2021, in the District of Connecticut, the defendant HECTOR TORRES did use a facility and means of interstate commerce, namely, a cellular phone and Internet-based messaging and video chatting services, to knowingly persuade, induce, entice, and coerce Minor 3, who had not attained the age of eighteen years, to engage in any sexual activity for which any person could be charged with a criminal offense, namely, Sexual Assault in the First Degree, in violation of Connecticut General Statutes, Section 53a-70(a)(2), and Risk of Injury to a Minor, in violation of Connecticut General Statutes, Section 53-21.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR
(Production of Child Pornography)

4. On or about February 24, 2021, in the District of Connecticut, the defendant HECTOR TORRES, did employ, use, persuade, induce, entice, and coerce Minor 2, a 12 year-old girl, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

A TRUE BILL

/s/

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

ANGEL KRULL
ASSISTANT UNITED STATES ATTORNEY

3