Criminal Std (8/10/2021)

HONORABLE: Robert N. Chatigny    DEPUTYCLERK _____    RPTR/ECRO/FTR RPTR: Darlene Warner
USPO _____    INTERPRETER _____    LANGUAGE _____
DATE: 9/7/2021    START TIME: 2:00 PM    END TIME: 2:07 PM
TOTAL TIME: ____ hours  7 minutes

### COURTROOM MINUTES

☐ IA-INITIAL APPEAR    ☐ BOND HRG    ☐ CHANGE OF PLEA    ☐ IN CAMERA HRG
☐ IA- RULE 5    ☐ DETENTION HRG    ☐ WAIVER/ PLEA HRG    ☐ COMPETENCY HRG
☐ ARRAIGNMENT    ☐ PROBABLE CAUSE    ☐ EXTRADITION HRG    ☐ FORFEITURE
☐ CONFLICT HRG    ☐ EVIDENTIARY HRG    ☒ STATUS CONF    ☐ MOTION HRG

CRIMINAL NO. 3:21-cr-00106-RNC    DEFT # _____

Nancy Gifford
USA

**UNITED STATES OF AMERICA**
vs
**Hector Torres**

Kelly M. Barrett
Counsel for Defendant  Ret ☐   CJA ☐   PDA ☒

☐ Deft failed to appear. Oral Motion for issuance of Warrant    ☐ granted ☐ denied ☐ Bond FORFEITED
☐ ☐ Arrest/Self-Surrender   ☐ Case unsealed or   ☐ Rule 5 arrest, _____   Dist of _____
☐ CJA 23 Financial Affidavit  filed   ☐ under seal
☐ Order Appointing Federal Public Defender's Office filed
☐ Court appoints Attorney _____ to represent defendant for  ☐ this proceeding only   ☐ all proceedings
☐ Appearance of _____ filed
☐ ☐ Complaint filed   ☐ Sealed Complaint filed   ☐ Affidavit filed
☐ ☐ Information/Misdemeanor filed   ☐ Sealed Information filed
☐ ☐ Waiver of Indictment (case opening) filed   ☐ Felony Information filed
☐ ☐ Waiver of Indictment (mid case) filed   ☐ Superseding Information filed
☐ Oral Brady order entered and paper order to issue
☐ Plea Agreement Ltr filed   ☐ under seal   ☐ to be e-filed
☐ Plea of  ☐ not guilty   ☐ guilty   ☐ nolo contendere to count(s) _____ of the _____
☐ Petition to Enter Guilty Plea filed
☐ Defendant motions due _____ ; Government responses due _____
☐ Scheduling Order  ☐ filed   ☐ to be filed   ☐ Sentencing Scheduling Order
☐ Hearing on Pending Motions scheduled for _____ at _____
☐ Jury Selection set for _____ at _____
☐ Remaining Count(s) to be dismissed at sentencing
☐ Sentencing set for _____ at _____  ☐ Probation 246B Order for PSI & Report
☐ Special Assessment of $ ____ on count(s) ____ . Total $ ____   ☐ Due immediately   ☐ Pay at sentencing
☐ Govt's Motion for Pretrial Detention filed   ☐ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☐ Govt's ORAL Motion for Pretrial Detention   ☐ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☐ Order of Detention filed
☐ Deft ordered removed/ committed to originating / another District of _____
☐ No bond set at this time, Order of Temporary Detention Pending Hearing   ☐ filed   ☐ to be filed
☐ Waiver of Rule 5 Hearing filed
☐ Govt's Motion for waiver of 10-day notice  ☐ GRANTED   ☐ DENIED   ☐ ADVISEMENT
☐ Bond  ☐ set at $ _____   ☐ reduced to $ _____   ☐ Non-surety   ☐ Surety   ☐ Personal Recognizance
☐ Bond  ☐ revoked   ☐ reinstated   ☐ continued   ☐ modified
☐ Defendant detained
☐ _____ Hearing   ☐ waived   ☐ set for _____   ☐ continued until _____
☐ Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

**CONDITIONS OF BOND**

- ☐ Travel restricted to Connecticut extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.
- ☐ Deft must reside at _____
- ☐ Deft must report to USPO_____ times a ☐week ☐month ☐by telephone ☐in person ☐at USPO discretion.
- ☐ Deft ☐must surrender passport to USPO on_____; ☐Must not apply for a passport.
- ☐ Deft must refrain from the possession of firearms or dangerous weapons.
- ☐ Deft must maintain employment or actively seek employment.
- ☐ Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.
- ☐ as set forth in the Order Setting Conditions of Release
- ☐ _____

**ADDITIONAL PROCEEDINGS**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | #____ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #____ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #____ Govt Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #____ Govt Motion _____ | ☐ | ☐ | ☐ |
| ☐ | _____ ☐filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐filed | ☐ | ☐ | ☐ |

Notes: Telephone status conference held. The parties are to confer and draft a proposed order regarding briefing and other dates.